JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE HALE, an individual, | ) Case No. CV 10-7683 DSF (PJWx) |
| Plaintiff, | ) **ORDER DISMISSING ACTION** |
| vs. | ) |
| BANK OF AMERICA CORPORATION, a Delaware Corporation; and DOES 1 through 25, inclusive, | ) Assigned to the Hon. Dale S. Fischer<br>) Action Filed: September 2, 2010<br>) Trial Date:   None Set |
| Defendants. | ) |

## ORDER

Pursuant to stipulation by and between plaintiff Lane Hale ("Plaintiff"), on the one hand, and defendant Bank of America, N.A., on the other hand, this action is dismissed in its entirety, and as to Defendant Bank of America, N.A. specifically, with prejudice. Each party to bear his/its own attorneys' fees and costs.

DATED: 12/13/10

*Dale S. Fischer*

The Honorable Dale S. Fischer
United State District Court Judge